## Duncan, Appellant, *v.* Duncan.

Argued March 23, 1953.

Same case in Superior Court: 171 Pa. Super. Ct. 69.

*Samuel J. Margiotti,* with him *Charles J. Margiotti* and *Margiotti & Casey,* for appellant.

*Anthony Cavalcante,* for appellee.

OPINION PER CURIAM, April 13, 1953:

The order of the Superior Court reversing the decree of the Court of Common Pleas of Fayette County and dismissing the libel, is affirmed on the opinion of Judge Ross, reported in 171 Pa. Superior Ct. 69, 90 A. 2d 357.